# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOSEPH WILSON LEWIS,**

      **Plaintiff,**

**vs.**

    Case No.: 2:18-cv-603
    **JUDGE GEORGE C. SMITH**
    **Magistrate Judge Deavers**

**O.D.R.C., State of Ohio,**

      **Defendant.**

## ORDER

On July 26, 2018, the United States Magistrate Judge issued an *Initial Screen Report and Recommendation* recommending that the Court dismiss Plaintiff's claims for failure to assert any claim on which relief may be granted. (*See Initial Screen Report and Recommendation*, Doc. 5). The parties were advised of their right to object to the *Initial Screen Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Initial Screen Report and Recommendation*.

The *Initial Screen Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's claims are hereby **DISMISSED** pursuant to Section 1915(e)(2) for failure to assert any claim on which relief may be granted.

The Clerk shall remove Document 5 from the Court's pending motions list and terminate this case.

      **IT IS SO ORDERED**.

      */s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**